# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff.<br><br>v.<br><br>SHIVANAND MAHARAJ<br><br>Defendant. | Criminal Action No.: 2:25-047<br><br>**ORDER** |

The Court is in receipt of Defendant's Letter Application [cm/ecf 4] for early termination of supervised release. The Government is hereby directed to file any opposition to said application by August 3, 2026, and Defendant's reply, if any, will be due by August 17, 2026,

It is further ordered that the clerk's office is directed to forward a copy of this order to defendant, Shivanand Maharaj's at the last known address.

**SO ORDERED.**

*Brian R. Martinotti*
BRIAN R. MARTINOTTI,
UNITED STATES DISTRICT JUDGE

Dated: July 20, 2026